IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3282 |
| | § | |
| FLOR DE CUBA, TX, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The defendant must file its supplemental response to the summary judgment motion by **November 7, 2014**. The joint pretrial order is due seven days after the summary judgment motion is ruled on, if it is denied. Docket call is set for **December 12, 2014** at 2:00 p.m.

SIGNED on October 27, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge