# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. H-13-3282 |
| FLOR DE CUBA, TX, INC., | § § § | |
| Defendant. | § § | |

## ORDER

J&J Sports Productions, Inc. filed a motion for leave to file a proposed pretrial order. (Docket Entry No. 23). The court set an October 20, 2014 deadline for filing a proposed joint pretrial order. (Docket Entry No. 13). J&J filed a Plaintiff's Pretrial Order on October 23, 2014, attached to its motion for leave, and explained that it was unable to reach the defendants to discuss a joint pretrial order. (Docket Entry No. 23, Ex. 1). The court finds good cause to grant J&J's motion for leave to file a proposed pretrial order. The motion is granted.

SIGNED on December 3, 2014, at Houston, Texas.

                                              Lee H. Rosenthal
                                       United States District Judge