IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-13-3282 |
| | § |
| FLOR DE CUBA, TX, INC., | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

In accordance with the parties' stipulation of settlement, (Docket Entry No. 34), this action is dismissed, with prejudice. Each party is to bear its own costs. This id a final judgment.

SIGNED on January 26, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge